IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| METROPOLITAN FAIR HOUSING COUNCIL OF OKLAHOMA, INC., JAMES MCNAMEE, and MARTA MCNAMEE, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK FEIOCK AND GLENNA FEIOCK, both d/b/a Rockford Garden Apartments, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-23-115-GLJ |

## JUDGMENT

In accordance with this Court's Order, Docket No. 82, granting Defendants['] Second Motion for Summary Judgment and Brief in Support [Docket No. 66], this Court hereby enters judgment for the Defendants and against the Plaintiffs pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**It is so ordered** this 7th day of August, 2024.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**