**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**December 2, 2024**

_____

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| METROPOLITAN FAIR HOUSING COUNCIL OF OKLAHOMA, INC; JAMES MCNAMEE; MARTA MCNAMEE, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> FRANK FEIOCK; GLENNA FEIOCK, both d/b/a Rockford Gardens Apartments, <br><br> Defendants - Appellees. | No. 24-7084 <br> (D.C. No. 6:23-CV-00115-GLJ) <br> (E.D. Okla.) |

_____

**ORDER**
_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the motion for voluntary dismissal of the above-captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(2).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk